UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Trenton Division

-----------------------------------------------------------------------------x
SAMUEL GUTMAN, individually and on behalf of all    Civil Action No:
others similarly situated;                          3:20-cv-3204
                            Plaintiff,

-v.-

Premiere Credit of North America, LLC
and John Does 1-25.

                            Defendant(s).
-----------------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant Premiere Credit of North America, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Premiere Credit of North America, LLC with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 13, 2020

| For Plaintiff Samuel Gutman | For Defendant Premiere Credit of North America, LLC |
|---|---|
| */s/ Raphael Deutsch* | */s/ Matthew B Corwin* |
| Raphael Deutsch, Esq. | Matthew B. Corwin |
| Stein Saks, PLLC | Hinshaw & Culbertson, LLP |
| 285 Passaic Street | 800 Third Ave 13th Floor |
| Hackensack, NJ 07601 | New York, NY 10022 |
| 201-282-6500 | 212-471-6200 |

2

| rdeutsch@steinsakslegal.com | Mcorwin@hinshawlaw.com |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on July 13, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Raphael Deutsch*
> Raphael Deutsch, Esq.
> **Stein Saks, PLLC**
> 285 Passaic Street
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*

It is further ordred that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.C.D.J.  7/15/20